FILED: July 23, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-4624
(1:14-cr-00249-WO-2)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

NAEEM DEONTE JONES,

        Defendant - Appellant.

O R D E R

The court directs the parties to file supplemental briefs addressing the following issues: (1) whether the district court correctly calculated Appellant's policy statement range; and (2) whether, pursuant to Fed. R. Crim. P. 32.1(b)(2)(A), Appellant was provided with adequate written notice of the supervision violation that formed the basis for the district court's finding that Jones committed a Grade B violation.

The Clerk shall establish a briefing schedule by separate order.

For the Court

/s/ Nwamaka Anowi, Clerk