Filed: July 23, 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

SUPPLEMENTAL BRIEFING ORDER

_____

No. 24-4624,   US v. Naeem Jones
              1:14-cr-00249-WO-2

The court directs supplemental briefing as follows:

Supplemental opening brief due: 08/27/2025

Supplemental response brief due: 09/17/2025

Supplemental reply brief permitted within 10 days of filing the supplemental
response brief

The briefs and any supplemental appendix must conform to the **Fourth Circuit
Brief & Appendix Requirements** and the **Appendix Pagination & Brief
Citation Guide** (available as links from this order and at **www.ca4.uscourts.gov**).

/s/ NWAMAKA ANOWI, CLERK
By: Rachel Phillips, Deputy Clerk